| Loan Number | Loan Holder Name | Loan Date | Loan Amount | Loan Type Description | Loan Status Description | Principal | Interest | |
|---|---|---|---|---|---|---|---|---|
| 10 | DEPT OF ED/EDFINANCIAL | 2016-06-06 | $2,625 | DIRECT STAFFORD UNSUBSIDIZED | In Repayment | $2,421.85 | $217.36 | |
| 9 | DEPT OF ED/EDFINANCIAL | 2016-06-06 | $2,063 | DIRECT SULA | In Repayment | $1,863.41 | $167.21 | |
| 8 | DEPT OF ED/EDFINANCIAL | 2015-09-14 | $2,333 | DIRECT STAFFORD UNSUBSIDIZED | In Repayment | $2,218.07 | $199.05 | |
| 7 | DEPT OF ED/EDFINANCIAL | 2015-09-14 | $1,833 | DIRECT SULA | In Repayment | $1,655.71 | $148.54 | |
| 6 | DEPT OF ED/EDFINANCIAL | 2015-03-23 | $3,500 | DIRECT STAFFORD UNSUBSIDIZED | In Repayment | $3,453.73 | $334.91 | |
| 5 | DEPT OF ED/EDFINANCIAL | 2015-03-23 | $2,750 | DIRECT SULA | In Repayment | $2,513.93 | $243.82 | |
| | | | | | **To remain/survive** | **$14,126.70** | **$1,310.89** | **$15,437.59** |

| Loan Number | Loan Holder Name | Loan Date | Loan Amount | Loan Type Description | Loan Status Description | Principal | Interest | |
|---|---|---|---|---|---|---|---|---|
| 4 | DEPT OF ED/EDFINANCIAL | 2014-03-24 | $7,000 | DIRECT STAFFORD UNSUBSIDIZED | In Repayment | $6,150.78 | $500.34 | |
| 3 | DEPT OF ED/EDFINANCIAL | 2014-03-24 | $5,500 | DIRECT SULA | In Repayment | $4,703.98 | $382.53 | |
| | | | | | **To discharge** | **$10,854.76** | **$882.87** | **$11,737.63** |

**EXHIBIT**

**A**